```
                        United States Bankruptcy Court
                        Western District of Michigan
In re:                                                          Case No. 11-12049-jrh
Alicia Joy Fewless                                              Chapter 7
        Debtor          CERTIFICATE OF NOTICE
District/off: 0646-1          User: parentka              Page 1 of 2                  Date Rcvd: Oct 29, 2013
                              Form ID: NPD                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2013.
db          #+Alicia Joy Fewless,    19155 200th Ave,    Tustin, MI 49688-8015
6550592       Alltel,    Building 4 Third Floor,    One Allied Drive,    Little Rock, AR 72202-2099
6550593       Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
6550596      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    38 Fountain Square Plaza,    Cincinnati, OH 45202)
6550599      +Great Lakes Energy,    PO Box 70,    Boyne City, MI 49712-0070
6550600       Home Depot,    Processing Center,    Des Moines, IA 50364-0500
6550603       Muskians Friends,    HSBC Retail Services,    Dept 7680,    Carol Stream, IL 60116-7680
6550605      +Tractor Supply,    Processing Center,    Des Moines, IA 50364-0001
6550607       Wexford Community Credit Union,    PO Box 8071,    Plymouth, MI 48170-8071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Oct 29 2013 22:17:31     Andy Vara,
               Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Oct 29 2013 22:17:31     Daniel J. Casamatta,
               Assistant U.S. Trustee,    Office of the U.S. Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Oct 29 2013 22:17:31     David W. Asbach,
               Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Oct 29 2013 22:17:31     Dean E. Rietberg,
               Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Oct 29 2013 22:17:31     Habbo G. Fokkena,
               Office of the United States Trustee,    Michigan/Ohio Region 9,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Oct 29 2013 22:17:31     Matthew T. Cronin,
               Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Oct 29 2013 22:17:31     Michael V. Maggio,
               Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Oct 29 2013 22:17:31     Michelle M. Wilson,
               Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Oct 29 2013 22:17:31     Office of the U.S. Trustee,
               The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Oct 29 2013 22:17:31     United States Trustee,
               Michigan/Ohio Region 9,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2837
6550591       EDI: ATTWIREBK.COM Oct 29 2013 21:58:00     AT&T,    PO Box 8100,    Aurora, IL 60507-8100
6550594       EDI: CHASE.COM Oct 29 2013 21:58:00     Chase,    PO Box 94014,    Palatine, IL 60094-4014
6550595       EDI: CITICORP.COM Oct 29 2013 21:58:00     Citi Cards,    Processing Center,
               Des Moines, IA 50363-0001
6550597       EDI: RMSC.COM Oct 29 2013 21:58:00     GEMB-Meijer,    PO Box 960015,    Orlando, FL 32896-0015
6550598      +EDI: RMSC.COM Oct 29 2013 21:58:00     GEMB-Paypal,    PO Box 981064,    El Paso, TX 79998-1064
6576595      +EDI: BASSASSOC.COM Oct 29 2013 21:58:00     HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
6550601       EDI: RMSC.COM Oct 29 2013 21:58:00     JC Penney,    PO Box 960090,    Orlando, FL 32896-0090
6550602       EDI: HFC.COM Oct 29 2013 21:58:00     Menards,    HSBC Retail Services,    Dept 7680,
               Carol Stream, IL 60116-7680
6550604       EDI: HFC.COM Oct 29 2013 21:58:00     Orchard Bank,    HSBC Card Services,    POB 5222,
               Carol Stream, IL 60197-5222
6550606       EDI: RMSC.COM Oct 29 2013 21:58:00     Walmart-GEMB,    PO Box 530927,    Atlanta, GA 30353-0927
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Ste. 200,
               Tucson, AZ 85712-1083
                                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0646-1          User: parentka              Page 2 of 2                  Date Rcvd: Oct 29, 2013
                              Form ID: NPD                Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2013                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2013 at the address(es) listed below:
              A. Brooks Darling    on behalf of Trustee James W. Boyd abdarling@zimmerman-kuhn.com
              Claude C. Woods    on behalf of Debtor Alicia Joy Fewless cwoods@cwoodspc.com
              Craig B. Rule    on behalf of Creditor    Fifth Third Bank bankruptcy@orlans.com,
               anhsom@gmail.com;anhsom@earthlink.net
              James W. Boyd    boydecf@zimmerman-kuhn.com,  MI14@ecfcbis.com
              Patti H. Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
                                                                                             TOTAL: 5
```

Form NPD (05/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Alicia Joy Fewless**<br>19155 200th Ave<br>Tustin, MI 49688<br>SSN: xxx–xx–7602<br><br>**Debtor** | **Case Number 11–12049–jrh**<br><br>**Chapter 7**<br><br>**Honorable Jeffrey R. Hughes** |

## NOTICE OF POSSIBLE DIVIDEND TO CREDITORS

Notice of insufficient assets to pay creditors was given to creditors in the notice of the section 341 Meeting of Creditors. Creditors were asked not to file a proof of claim at that time. It now appears that there may be some monies available for the payment of a dividend to creditors. It is therefore requested that a notice be sent to all creditors setting a deadline for filing proofs of claim.

## NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM

All parties are hereby notified that it now appears that there may be sufficient monies in this estate for payment of a dividend to creditors. In order to share in this distribution, a creditor **must file a proof of claim** whether or not the creditor is included in the list of creditors filed by the debtor. Claims must be filed with the clerk of the bankruptcy court **within 90 days** of the date of service. Claims which are not filed within 90 days will not be allowed, except as otherwise provided by law. Governmental entities should review 11 U.S.C. 502(b)(9). Please file your Proof of Claim electronically (a login & password is not required) by visiting: www.miwb.uscourts.gov. Select Filing Proofs of Claim located under Information for Creditors. A Proof of Claim form can be obtained at the same website or at any bankruptcy clerk's office. Please electronically file your proof of claim or mail to:

> U.S. Bankruptcy Court
> One Division Ave., N.
> Room 200
> Grand Rapids, MI 49503

Creditors who have already filed claims do **not** need to file another claim unless they intend to amend the claim now on file. Please note that claims **must arrive** at the court within the 90 days indicated above. It is not sufficient that the envelope be postmarked within that time period, and the court will not accept filings by fax.

Date:
October 29, 2013

*Daniel M. McDermott*
United States Trustee

By: *Andy Vara*
Assistant U.S. Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503

FORM EPOC (09/13)

# United States Bankruptcy Court

Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

**DANIEL M. LAVILLE**
**Clerk of Court**
(616) 456–2693 Tel.



---

### eLECTRONIC PROOF OF CLAIM FILING SYSTEM (ePOC)

### Save Time & Money with ePOC!!!!

---

ePOC enables creditors without a CM/ECF login/password to electronically file proofs of claims; thereby eliminating the need to complete the paper copy of the Proof of Claim form and mailing it to the Court for filing.

ePOC allows creditors to:

– Populate and electronically file Official Form B10 with the Court

– Attach optional supporting documentation in pdf format to the proof of claim

– Receive immediate verification of the filing

– Electronically file amended proofs of claim

To file your claim using ePOC, please go to the Court's website at: www.miwb.uscourts.gov

Once you access the website, click on the Electronic Proof of Claims link located under **Information for Creditors**

*Penalty for filing fraudulent claim:* **Fine of up to $500,000 or imprisonment for up to 5 years, or both. 11 U.S.C. §§ 152 and 3571.**

---

[1] *Aliases for Debtor Alicia Joy Fewless : aka Alicia Joy Williams*